# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143176 & (89)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LARRY DARNELL JONES,
      Defendant-Appellant.
_____/

SC: 143176
COA: 287201
Wayne CC: 07-024701-FC

On order of the Court, the motion to file a pro per supplement to the application for leave to appeal is GRANTED. The application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

_____
Clerk

h1019